IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JAN 17 2020

Clerk, U.S. District Court
District Of Montana
Missoula

TERRANCE KOHLER,

Plaintiff,

vs.

FARM BUREAU PROPERTY AND
CASUALTY COMPANY and JOHN
DOES I-XXX,

Defendants.

CV 19–177–M–DLC

ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 3.)

Plaintiff voluntarily dismisses its complaint without prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS ORDERED that the above-captioned action is dismissed without

prejudice.

DATED this 17th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1